**Order entered January 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01338-CV

**COPELAND CONCRETE CONTRACTORS, INC., Appellant**

**V.**

**SPECIALTY SOLUTIONS CONSTRUCTION, LLC, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-06619**

## ORDER

Before the Court is appellant's January 23, 2013 opposed motion for second extension of time to file appellant's brief. We **GRANT** appellant's motion. Appellant's brief shall be filed on or before February 27, 2013.

/s/    CAROLYN WRIGHT
          CHIEF JUSTICE